# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Marquis D. Davis<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-cr-20348 TLP/tmp<br>)<br>)<br>)<br>) |

## AMENDED
### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 31, 2025__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Hobbs Act Robbery |
| 18 U.S.C. 924(c) | Use, Carry, Brandishing, and Discharge of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

*Graham Hill*
Complainant's signature

SA Graham Hill, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/3/2025

s/ Tu M. Pham

City and state: Memphis, TN

Hon. Tu M. Pham, Chief U.S. Magistrate Judge
Printed name and title