**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **Case No. 25-cr-20348-TLP** |
| | * | |
| **MARQUIS DAVIS,** | * | |
| | * | |
| **Defendant.** | * | |

---

**MOTION TO CONTINUE SENTENCING HEARING**

---

Defendant Marquis Davis, through counsel, moves for a continuance of his sentencing hearing. The hearing is currently set for Friday, August 14, 2026. The defense requests a two-week continuance to a date on or after August 31, 2026. Defense counsel states that he needs additional time to prepare for Mr. Davis's sentencing hearing. This sentencing is especially challenging because of the nature of the offense involving a shooting, the presence of an injured victim, various indications in the PSR related to Mr. Davis's mental health concerns, and significant guidelines exposure. Defense counsel would appreciate the opportunity to further prepare for the hearing. Defense counsel has conferred with Assistant United States Attorney Jermal Blanchard. The government has no objection to this motion for continuance. The parties have also conferred on potential dates for resetting. The parties are mutually available on:

**Monday, August 31, 2026: anytime in the afternoon**

**Tuesday, September 1, 2026: anytime in the morning**

**Thursday, September 3 through Friday, September 11: anytime in the afternoons**

Respectfully submitted,

TYRONE J. PAYLOR
FEDERAL DEFENDER

*s/ Unam Peter Oh*
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to Jermal Blanchard, Assistant United States Attorney, 167 North Main, Suite 800, Memphis, Tennessee 38103.

This 12th day of August, 2026.

*s/ Unam Peter Oh*
Assistant Federal Defender